**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DORIS HOPE-JACKSON,

    Plaintiff,

v.                                                                               Case No. 10-12891

SHERI WASHINGTON, ET AL.,

    Defendants.
                                                  /

**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND AND**
**DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS MOOT**

On June 22, 2010, Plaintiff filed this case against Defendant in Washtenaw County Circuit Court. On July 23, 2010, Defendant removed to this court on diversity grounds. On August 23, 2010, Plaintiff filed a motion to remand. In the motion, Plaintiff argues that Defendant is a citizen of Michigan and cannot remove from the state of its citizenship. *See* 28 U.S.C. §1441(b). A conference was held on the record on August 24, 2010, during which Defendant agreed it may not remove. Accordingly,

IT IS ORDERED that "Plaintiff's Motion to Remand" [Dkt. # 7] is GRANTED, and the case is REMANDED to Washtenaw County Circuit Court for further action.

IT IS FURTHER ORDERED that Defendant's pending motion for summary judgment [Dkt. #6] is DENIED as moot.

                                                                  s/Robert H. Cleland
                                                                  ROBERT H. CLELAND
                                                                  UNITED STATES DISTRICT JUDGE

Dated: August 25, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 25, 2010, by electronic and/or ordinary mail.

                                                        s/Lisa Wagner
                                                        Case Manager and Deputy Clerk
                                                        (313) 234-5522